**Exhibit 1**

August 18, 2021
Anzoátegui, Venezuela 6054


Dear Judge Thomas P. Barber
Orlando, Florida 32804


Cordial greetings,

Praying to our Lord Jesus Christ that you, noble judge be enlightened with divine and just light because in your hands is the case of my son Euclides José Jauregui Alfonzo who is innocent.

My suffering is in the hands of Jesus Christ because only he knows the heart of all human beings. With the respect you deserve, your honor, I felt a deep sadness in my heart when I heard that my son is deprived of his freedom in a country he does not know far from his family and friends who love him and know what a good person he is.

Dear Judge, I ask you for clemency for my son. My grandsons and granddaughters are asking Jesus Christ to send their daddy back home.

Today many friends and family praying for my son's freedom. Judge have mercy and compassion.

With nothing but trust in God, may he bless you at all times and may the Holy Spirit give you just wisdom in your decision. I bid you farewell.


Irama De Jauregui
C.I: 5865310