**Exhibit 2**

August 11, 2021
Anzoátegui, Venezuela 6054

Honorable Mr. Thomas P. Barber.
Orlando Local Court Judge
Orlando, Florida 32804

Dear Judge Barber

I am sending you this letter requesting clemency on behalf of Euclides Jauregui, who was convicted of illegally accessing foreign waters and will be sentenced. I have been his friend and part of the Jauregui family for over 10 years.

I appreciate your fairness throughout the trial and understand that he was convicted for violation of the rights of trespassing on another country's territory. I would like to mention that even though he committed a crime, it is a very unusual action for him as he is not a violent person, nor a person of bad principles, on the contrary he is an honest, hardworking person with good values. The circumstances of his life at the time pushed him into the wrong territory.

Euclides Jauregui is the sole economic provider for his family (wife, children, mother, and father). His mother has become very ill since her son Euclides has been deprived of his freedom in another country, and his wife and younger children do not have an economic income and stable work due to the situation that is lived worldwide of the COVID-19 pandemic.

I know that Euclides, being a person of good feelings, values and principles, sincerely regrets his actions and promises never to repeat them. I believe him because I know him well and I humbly request a lenient sentence, as jail time will put his family in serious hardship.

 Thank you for taking the time to read my letter.

Sincerely yours sincerely, with the blessing of Almighty God.


John M, Pares G
Sincerely