Exhibit 3

August 11, 2021
Anzoátegui, Venezuela 6054

Honorable Mr. Thomas P. Barber.
Orlando Local Court Judge
Orlando, Florida 32804


Dear Judge Barber

I am sending you this letter requesting clemency on behalf of Euclides Jauregui, who for more than two years approximately has been incarcerated in a city in the United States. He is my uncle and a person I love like a father.

I appreciate your hard work and fairness in the trial and even though I do not understand much about the law, I know that he was found guilty of committing a crime in another country. I find it hard to believe that my uncle Euclides has committed a crime and despite what he has done, I can attest that he is a good, honest, honest person who likes to help those who need it, he is an excellent father, husband and friend, since I was able to live and share for many years with this very special person for me.

My uncle Euclides is a very loved man by all the family and friends who know him. Since he is not with us, sadness is in our hearts. It would make us very, very happy if he was back home with his family and friends. I know that he must be very remorseful at this time and very saddened at not being able to be with his family.

I sincerely hope that your sentence will be lenient in his case.

I bid you farewell with confidence in your kindness and with the blessing of Almighty God.


Merlina A. Pares V
Sincerely