**Exhibit 4**

August 18, 2021
Anzoátegui, Venezuela 6054


Dear Judge Thomas P. Barber
Orlando, Florida 32804


Cordial greetings,

Distinguished Mr. Thomas, the reason for my letter is to beg you for clemency for the accused Euclides Jauregui who by means of this letter I declare to know Mr. Euclides of Venezuelan nationality, which I attest and manifest that he is an honest person, hardworking and fighter. It is worth mentioning that Mr. Euclides Jose Jauregui, has had a family relationship with me for more than 30 years and who is my son-in-law, for which I give testimony of my word for the above described.


With nothing more to add, anxiously awaiting a positive response in making your decision, I respectfully bid you farewell.



José F. Vásquez A
C.I: 7224081