**Exhibit 5**

August 18, 2021
Anzoátegui, Venezuela 6054

Honorable Mr. Thomas P. Barber.
Orlando Local Court Judge
Orlando, Florida 32804


Dear Judge Barber,
Cordial Greetings

I am writing this letter to the court to express through this letter that the defendant Euclides Jose Jauregui Alfonzo who is my brother is a person raised in a family with good habits and principles.

I request you, noble judge that when sentencing you consider that my brother does not deserve to be separated from his sons and daughters, from his loved ones. His children deserve to have their father for their education and upbringing. It is cruel that my brother has been separated from his family because of unjust circumstances, for wanting to seek better living conditions for his family.


He bids you farewell, with the blessing of Almighty God and the Holy Spirit to guide you wisely in the decision of your sentence.


Yramis Jauregui
C.I: 11437611