Dear Judge Thomas P. Barber
Orlando, Florida 32804

The blessing of our Lord Jesus Christ be upon you noble judge,

Dear Judge, I ask for clemency for my brother Euclides José Jauregui Alfonzo, who is a hard worker, who always collaborates and helps other people, a man who in spite of the adversities goes in search of the welfare of his family, wife and children.

Judge, have compassion and mercy on my brother, if he committed a crime I am sure that he has already paid for his fault by being in prison for these years away from his parents (mom and dad), his children who are suffering because they do not have their father to take care of them and watch over them.

With nothing more than trusting God for a just decision. I bid you farewell.

Edgar Jauregui
C.I.: 11.437.641