**Exhibit 7**

August 11, 2021
Anzoátegui, Venezuela 6054

Dear Judge Thomas P. Barber
Orlando, Florida 32804

Cordial greetings,

Honorable Mr. Thomas, the purpose of my letter is to beg your clemency for the defendant Euclides José Jáuregui Alfonso, who is my son-in-law and is a good person, responsible, exemplary father of a family, good husband and an excellent son. Since I have known him, I cannot say anything bad about him, nor have I known that he has done anything wrong to anyone, he has always been a good person with good feelings, helping selflessly to those in need.

I ask for mercy to you and above all I ask God to give him a chance to return soon to the side of his family that needs him so much.

With nothing more to add, anxiously awaiting a positive response in making your decision, I bid you farewell.

Sincerely yours:


Mely J. Remero V
C.I: 8972687