**Exhibit 8**

August 24, 2021
Anzoátegui, Venezuela 6054

Hon. Mr. Thomas P. Barber
Orlando Local Court Judge
Orlando, Florida 32804

Mr. Justice Barber

I am sending you this letter requesting clemency on behalf of my brother Euclides José Jauregui Alfonzo, who is convicted of illegally accessing foreign waters and will be sentenced.

I would like to mention that even though he committed a crime, he is an honest, hardworking person with good values, always helping his parents, family and friends. Life circumstances pushed him into the wrong territory in search of better economic conditions for his family.

My brother, Euclides Jauregui, has always helped his family economically. My mother has become very ill since my brother has been deprived of his freedom in another country. An uncle recently passed away and it was very sad because until the end of his days he never stopped praying to God for the freedom of his nephew so that he could be back home with his family.

I humbly ask for a lenient sentence for my brother and that his freedom be considered so that he can be with his parents, siblings, wife and children.

He bids you farewell sincerely, with the blessing of Almighty God.

Ramón Jáuregui
C.I.: 9.453.985