**Exhibit 9**

Hello! my name is Emelys Jáuregui I am 15 years old, first of all my greetings and respect to Judge: Thomas P. Barber.

I ask you earnestly and with my heart in my hand for the freedom of my daddy, you have no idea how much I ask God to give me back my daddy.... Euclides José Jáuregui Alfonso.

I have no words for this, I have no idea what to write, I just let myself go by what my heart says, there is no model letter for this because it simply does not exist, every feeling is unique, as well as the love I have for my dad, please Mr. Judge, my father is an honest person, principled, judicious, good person, as a husband, son, friend, and above all, a wonderful father.

You can not imagine how much we have suffered because of his absence, I never imagined I would lose my dad , I miss him very much .... I would like to take this opportunity to apologize to him, because I have not been strong enough and I have not supported my mother as he would have wanted me to do but thanks to God and with the faith I have, asking God for his return and to you Mr. judge begging for my dad's freedom, I will be a great daughter for him to feel very proud of me, there is not a day when I remember him, at night and with tears in my eyes I pray for him ....

I have a little sister and every day I show her a picture of my dad , I talk to her about him and we pray together so that she will grow up and keep the few memories she has lived with him , sir Judge , it is not fair that my little sister grows up and does not have any clear memory of love and affection from her father , It is only fair that he sees her grow up and share with her the best possible moments of her life, just as mine were, although I still wish with all my soul to continue sharing moments with my dad who has been for me, my great love, the man of my heart, my hero. ..

I love my dad immensely, we miss him and suffer a lot for his absence, in the hands of God and in your hands, your Honor, is the freedom of my dad, who is an incredible and wonderful being.

With nothing more to say, I bid you farewell.

Emelys J. Jáuregui V.