**Exhibit 10**

September 13, 2021

Merciful Lord, beloved you who can do all things. Today I give my heart into your hands for what afflicts me because I really need you to be present in my life.

I need you to interfere over my beloved one my husband, Euclides Jauregui, to obtain divine justice for him. Because the earthly one is worthless before you. You can notice in his pure soul and innocent heart that despite making mistakes and that he was in the wrong time and place. He is innocent and did not commit a crime.

Jesus, beloved and righteous you were crucified while innocent just to save us and cleanse us of our sin. That makes you a brave man worthy son of our Heavenly Father.

You know what it is like to be judged innocent, when you were not guilty of anything.

The spirit of the Lord God is upon me and has sent me to proclaim freedom for my husband Euclides Jauregui. I ask you to please strengthen and accompany my husband who is going through this difficult time.

Dear God, King of all that surrounds us. Give wisdom to his lawyers to find enough evidence to help us prove his innocence. Place before her eyes the path they must follow to prove her innocence.

Grant him what he needs, food, money, health, and love while he is locked up paying an unjust penalty.

Improve the channels of justice, for you are the most just Being in this whole world.

I implore you, Lord.

Amen.

**Rosmely Vazquez**
*Wife*