

Exhibit 11

# Certificate of Accuracy

Grisell Rivero
**Translator/Interpreter**

**Translated documents: Letters from Irama De Jauregui, dated August 13, 2021; John M. Pares, dated August 11, 2021; Merlina A. Pares, dated August 11, 2021; Jose Vazquez, dated August 18, 2021; Yramis Jauregui, dated August 18, 2021; Edgar Jauregui, dated August 24, 2021; Mely Romero, dated August 11, 2021; Ramon Jauregui, dated August 24, 2021; Emelys Jauregui, with no date; and Rosmely Vazquez, dated September 13, 2021.**

As a translator for Day Translations, Inc., I, Grisell Rivero, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on **September 15**, 2021



Grisell Rivero

Professional Translator for Day Translations, Inc.










2202 N Westshore Blvd., #200 Tampa, FL 33607 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com



**Exhibit 11**

# Certificate of Accuracy

Grisell Rivero
**Translator/Interpreter**

Translated documents: Marriage Certificate of Euclides Jose Jauregui Alfonzo and Rosmely Jose Vazquez Romero on 06/22/2018. Birth Certificate of Emelys Jose on November 17, 2005 in San José of Guanipa, State of Anzoátegui, Venezuela. Certification letter of the Original Certificate of BIRTH N° 411, folio 166 dated April 09, 2015 resting in the archives of the Office of the Civil Registry of the Bolivarian Municipality of Guanipa of the State of Anzoategui. Proof of residence of Euclides José Jauregui issued on August 20, 2021 in San José de Guanipa, Venezuela. Passport, Lawyer's ID, and ID Card of Ivan Alfredo Aguilera.

As a translator for Day Translations, Inc., I, Grisell Rivero, declare that I am a bilingual translator who is thoroughly familiar with the English and Spanish languages. I have translated the attached document to the best of my knowledge from Spanish into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on **September 15**, 2021



Grisell Rivero

Professional Translator for Day Translations, Inc.










2202 N Westshore Blvd., #200 Tampa, FL 33607 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com