*[Seal that reads: Ivan Alfredo Aguilera. ATTORNEY. Illegible Text. Illegible Signature]*

**CITIZEN: JUDGE THOMAS. P. BARBER**
**COUNTY JAIL**
**UNITED STATES OF AMERICA**
**GREETINGS**

I, IVAN ALFREDO AGUILERA, Venezuelan, of legal age, divorced, legally competent, holder of the identity card N° V- 5467498, private practice attorney assigned with the IPSA under N° 265-820, contact telephone number No. 0424-8151895, [emailivanalfredoaguilera@gmail.com](mailto:emailivanalfredoaguilera@gmail.com) with fiscal address Sector Girardot, calle Primero de Mayo casa N° 15-33-B de San José de Guanipa Municipality of Guanipa of the State of Anzoátegui (Venezuela), I am writing to your office with the intention to expose the following attachments: Copy of my identity card, copy of my IPSA of Attorney and copy of my Passport. This is to notify you that I know by sight, treat and communication, the citizen EUCLIDES JOSE JAUREGU ALFONZO, Venezuelan, of legal age, married, legally competent, holder of the identity card N° V- 6.958.490, Fisherman in high sea, which was learned by violating the navigation space of its territory, in boat fishing activities, the aforementioned citizen has his fiscal address at Avenida República Sector Sur casa No. 56 of San José de Guanipa, Municipality of Guanipa of the State Anzoátegui (VENEZUELA), with the case 21.00043.003 with imprisonment for 2 years, in the County where you work as a Judge, attached to the judicial justice applied in its territory, and the divine justice of our creator, with the sensitivity character that characterizes him at the time of pronounce the judgement, requesting from the Court a measure of humanitarian clemency to choose his full freedom if possible, and to meet with his Wife, daughters and family members, who have that period of time without knowing about his health and even less without seeing him, the following annexes corresponding to the imprisonment are also attached: Marriage certificate, copy of the birth certificate of his minor daughters, residence certificate, names, signatures and certificates of the inhabitants of the sector where he lives, signed and sealed by the respective Community Council, waiting for a satisfactory response to the above, thanking in advance and within the time established by law. In the County Jail as of the filing date.

*[Illegible Signature]*
*[Fingerprints]*

Bolivarian Republic of Venezuela
National Electoral Council
Electoral and Vital Records Commission
State of Anzoátegui
Bolivarian Municipality
General Pedro María Freites
District of Cantaura



ELECTORAL BRANCH

*[Seal that reads: BOLIVARIAN REPUBLIC OF VENEZUELA. National Electoral Council. National Office of the Civil Registry of the Electoral Branch]*

**264**
**CERTIFICATE N° 264**
DAY, MONDAY 24
MONTH, DECEMBER
YEAR, 2018

MARRIAGE CERTIFICATE ☒     ARTICLE 66 ☒     ARTICLE 70 ☐     INSERTION ☐

| A | Data of the Civil Registrar | | |
|---|---|---|---|
| NAMES<br>LISETH CAROLINA | | SURNAMES<br>CONTRERAS MORALES | |
| IDENTITY DOCUMENT<br>V-13.926.818 | | Office ☐ Civil Registry Unit San Tomé, Bolivarian Municipality General Pedro María Freites, State of Anzoátegui | |
| RESOLUTION N°<br>RDA-073-2018 | DATE<br>06 \| 22 \| 2018 | GAZETTE N° ☒ MUNICIPAL<br>79-2018   ☐ OFFICIAL | DATE<br>06 \| 22 \| 2018 |

| B | Place, time, and date of the marriage | | | | |
|---|---|---|---|---|---|
| PLACE<br>Civil Registry Unit San Tomé, Bolivarian Municipality General Pedro María Freites | | TIME ☒ AM<br>11:00 ☐ PM | DATE | MONTH<br>\| 12 | DAY    YEAR<br>\| 24    \| 2018 |

| C | Data of the Groom | | | |
|---|---|---|---|---|
| FIRST SURNAME<br>JAUREGUI | | | SECOND SURNAME<br>ALFONZO | |
| NAMES<br>EUCLIDES JOSE | | | MARITAL STATUS<br>DIVORCED | |
| BIRTH DATE | MONTH \| 09 | DAY \| 16   YEAR \| 1966   AGE \| 52 | IDENTITY DOCUMENT<br>V- 6.958.490 | ID CARD ☒   PASSPORT ☐ |
| PLACE OF BIRTH<br>CASERIO DE EL MORRO | COUNTRY<br>VENEZUELA | STATE<br>SUCRE | MUNICIPALITY<br>ARISMENDI | DISTRICT |
| NATIONALITY<br>VENEZUELAN | PROFESSION OR ACTIVITY<br>FISHERMAN | | ADDRESS:<br>CALLE REPUBLICA CASA N° 56 SECTOR RUFINO MENDOZA. SAN JOSE DE GUANIPA, MUNICIPALITY OF GUANIPA, STATE OF ANZOATEGUI | |

| D | Data of the Bride | | | |
|---|---|---|---|---|
| FIRST SURNAME<br>VASQUEZ | | | SECOND SURNAME<br>ROMERO | |
| NAMES<br>ROSMELY JOSE | | | MARITAL STATUS<br>SINGLE | |
| BIRTH DATE | MONTH \| 03 | DAY \| 27   YEAR \| 1983   AGE \| 35 | IDENTITY DOCUMENT<br>V- 6.958.490 | PROFESSIONAL ID ☒   PASSPORT ☐ |
| PLACE OF BIRTH<br>EL TRIGRE | COUNTRY<br>VENEZUELA | STATE<br>ANZOATEGUI | MUNICIPALITY<br>ARISMENDI | DISTRICT |
| NATIONALITY<br>VENEZUELAN | PROFESSION OR ACTIVITY<br>TRADER | | ADDRESS:<br>CALLE REPUBLICA CASA N° 56 SECTOR RUFINO MENDOZA. SAN JOSE DE GUANIPA, MUNICIPALITY OF GUANIPA, STATE OF ANZOATEGUI | |

| E | Data of the sons or daughters to recognize | | | |
|---|---|---|---|---|
| NAMES AND SURNAMES | ID DOCUMENT N° | AGE | BIRTH CERTIFICATE | DATE |
| | | | | |

| F | Data of the domestic partnership (only in case article 70) | | | |
|---|---|---|---|---|
| CERTIFICATE N° | DATE | MONTH | DAY | YEAR |
| | | | | |

| G | Prenuptial Agreement Yes | No X | | | | |
|---|---|---|---|---|---|---|
| REGISTRY N°<br>******************** | BOOK | PROTOCOL | DATE | MONTH | DAY | YEAR |

| | | | |
|---|---|---|---|
| NAMES AND SURNAMES YENIRETH LISBET PATIÑO BELLORIN | | | |
| ID CARD V- 16.251.217 | AGE 35 | PROFESSION OR OCCUPATION DEGREE IN EDUCATION | NATIONALITY VENEZUELAN |
| ADDRESS SAN JOSE DE GUANIPA, MUNICIPALITY GUANIPA, STATE OF ANZOATEGUI | | | |

| **J** | Reading of duties and rights of the contracting parties |
|---|---|

- With marriage, husband and wife acquire the same rights and assume the same duties. From marriage derives the obligation of the spouses to live together, to be faithful and help each other.
- A married woman may use her husband's last name. This right subsists even after the dissolution of the marriage due to death, as long as she does not contract a new marriage. The refusal of the married woman to use the husband's last name shall not be considered, in any case, as a breach of the duties that the Law imposes as a result of marriage.
- The husband and wife are obliged to contribute according to each one's resources, to the care and maintenance of the common home, and to the burdens and other matrimonial expenses.
- In the same way, both spouses should assist each other in meeting their needs. This obligation ceases for the spouse who separates from the home without just cause.
- The spouse who fails to comply, without just cause, with these obligations, may be legally bound to do so, at the request of the other.
- The spouses, by mutual agreement, shall make decisions regarding family life and shall establish the marital home.

The conjugal residence shall be the place where the husband and wife have established their residence by mutual agreement. In the event that the spouses have separate residences, in fact or by virtue of the judicial authorization provided for in article 138, the conjugal residence shall be the place of the last common residence. The change of residence can only be done if both parties agree to it.

| **K** | Express consent of each contracting party |
|---|---|

The contracting parties were asked if they are received as husband and wife, to which they responded affirmatively and consequently they were declared united in civil marriage on behalf of the Bolivarian Republic of Venezuela and by the authority of the Law.

| **L** | Data of the document to be inserted | | | | |
|---|---|---|---|---|---|
| DOCUMENT N° *************************** | | DATE | MONTH | DAY | YEAR |
| ISSUING AUTHORITY *************************** | | | | | |
| EXTRACT OF THE DOCUMENT *************************** | | | | | |

| **M** | Special circumstances of the Act / Remarks |
|---|---|

NA **************************************************************************************************
**************************************************************************************************

| **N** | Documents in the nuptial file |
|---|---|

COPY OF IDENTITY CARD OF THE CONTRACTING PARTIES, BIRTH CERTIFICATE OF THE CONTRACTING PARTIES, COPY OF THE IDENTITY CARD OF THE WITNESSES, SINGLE STATUS CERTIFICATES OF THE CONTRACTING PARTIES AND COPY OF THE DIVORCE JUDGMENT OF THE GROOM

---

IT IS A FAITHFUL AND ACCURATE COPY OF ITS ORIGINAL WHICH I CERTIFY AND ISSUE AT THE REQUEST OF AN INTERESTED PARTY IN SAN TOME ON AUGUST TWENTY, TWO THOUSAND TWENTY ONE.

Today, AUGUST 20, 2021, at the San Tomé Civil Registry Office or Unit, Bolivarian Municipality of General Pedro María Freites, State of Anzoátegui. The undersigned, LISETH CONTRERAS, ID Card 13.926.818 Civil Registrar according to Municipal Gazette No. 79 dated JUNE 22, 2018 and in accordance with the provisions of article 155 of the Organic Law of the Civil Registry, published in Official Gazette No. 39.264, dated June 15 September 2010, I certify that the content of this document is a true and accurate copy of the original certificate resting in the archives of this Civil Registry.

BOLIVARIAN REPUBLIC OF VENEZUELA



CITY HALL OF THE MUNICIPALITY OF GUANIPA
DIRECTORATE OF THE CIVIL REGISTRY

*[Logo that reads: 100 years of the history of GUANIPA]*



The undersigned: Attorney **Leila Martínez López**, Director of the Civil Registry of the Autonomous Municipality of Guanipa of the State of Anzoátegui, acting in this act by delegation of the citizen Mayor Prof. Pedro Martínez López, according to Resolution Number PLML-1612-2009-1, published in the Municipal Gazette dated December sixteen, two thousand nine (12-16-2009), states and **CERTIFIES**: That in the Main Book No. 1, Folios No. 109 of the Civil Registry of Births carried by this Office, during 2006, a Certificate was registered that verbatim reads as follows: **CERTIFICATE NUMBER ONE HUNDRED NINE (109).**- Freddy Tomas Antojas Boada and Rómulo Castro Rondón, Civil Chief and Director of the Civil Registry, respectively of the Autonomous Municipality of Guanipa, of the State of Anzoátegui, stating that today, January twenty-seven, two thousand and six, a girl has been presented to us by the citizen Rosmely José Vásquez Romero, Venezuelan, Identity Card No. 15.845.551, single, twenty-two years old, home maker, legally competent, original from El Tigre, Municipality of Simón Rodríguez, State of Anzoátegui, with address at Avenida República N° 56, of this population, who stated: That the girl was born in the Delivery Room of Dr. Fritz Petersen Outpatient Clinic in San José of Guanipa, State of Anzoátegui, on November seventeen, two thousand five, at nine forty five p.m. and holds the name: <u>*EMELYS JOSE*</u> and is his daughter who will use from now on the surnames of her mother according to the provisions of Article 238 of the current Civil Code. The citizens Zulima Gutiérrez, Identity Card No. 10.518.197 and Guillermo Peña, Identity Card No. 17.592.353, both of legal age and of this address, were eyewitnesses of this act. These minutes have been read and found as they sign. Civil Chief, (signature) Illegible. Director of the Civil Registry, (signature) Illegible Presenter (signature) Illegible. Witnesses (signature) Illegible. **NOTE**: The girl EMELYS JOSE, before the Civil Registry Office, on March twenty six, two thousand and ten, has been recognized by her father EUCLIDES JOSE JAUREGUI ALFONZO, Venezuelan, of legal age, holder of the Identity Card No. 6.958.490, through action made before this Directorate of the Civil Registry, on March twenty-six, two thousand and six, being recorded under No. 18 of the appropriate books. San José de Guanipa, April twelve, two thousand ten. Director, (signature) Illegible. The presentation is issued at the request of the interested party in San José de Guanipa, on April twenty first, two thousand ten.

[*Illegible Signature*]
**Attorney Leila Martínez López**
Director of the Civil Registry
CITY HALL OF SAN JOSE DE GUANIPA
STATE OF ANZOÁTEGUI

Bolivarian Republic of Venezuela
National Electoral Council
Electoral and Vital Records Commission
State of Anzoátegui
Bolivarian Municipality Guanipa
San José de Guanipa


ELECTORAL BRANCH

## CERTIFICATION

According to Article 155 of the Organic Law of the Civil Registry, I certify that the data included in this document match those registered in the Original Certificate of BIRTH N° 411, folio 166 dated April 09, 2015 resting in the archives of this Office of the Civil Registry of the Bolivarian Municipality of Guanipa of the State of Anzoategui.

| A. Data of the individual appearing | | | |
|---|---|---|---|
| SURNAMES<br>JAUREGUI VASQUEZ | | NAMES<br>IRAMEYS ROMINA | |
| PLACE OF BIRTH<br>GENERAL HOSPITAL, DOCTOR FELIPE GUEVARA ROJAS, MUNICIPALITY SIMON RODRIGUEZ, STATE OF ANZOATEGUI | | | |
| DATE OF BIRTH<br>February 06, 2015 | TIME OF BIRTH<br>08:59 a.m. | SEX<br>Female | COMMUNITY OR INDIGENOUS TOWN<br>N/A |
| B. Data of the Mother | | | |
| SURNAMES<br>VASQUEZ ROMERO | | NAMES<br>ROSMELY JOSE | |
| ID DOCUMENT N° | ID CARD<br>V-15.845.551      X | PASSPORT<br>N/A | NATIONALITY<br>Venezuelan |
| PROFESSION OR ACTIVITY<br>Home Maker | | COMMUNITY OR INDIGENOUS TOWN<br>N/A | |
| B. Data of the Father | | | |
| SURNAMES<br>JAUREGUI ALFONZO | | NAMES<br>ROSMELY JOSE | |
| ID DOCUMENT N° | ID CARD<br>V-6.958.490      X | PASSPORT<br>N/A | NATIONALITY<br>Venezuelan |
| PROFESSION OR ACTIVITY<br>Boat Capitan | | COMMUNITY OR INDIGENOUS TOWN<br>N/A | |
| D. Remarks | | | |
| | | | |
| [Illegible Signature]<br>Attorney Leila Andrelisa Martinez López<br>CIVIL REGISTRAR<br>Gazette without number, date December 16, 2009<br>Resolution PLML 1612-2009-1<br>Date December 16, 2009 | | *[Seal that reads: BOLIVARIAN REPUBLIC. ELECTORAL BRANCH. NATIONAL ELECTORAL BODY. ELECTORAL AND VITAL RECORDS COMMISSION. ILLEGIBLE. MUNICIPALITY OF GUANIPA]*<br>WET SEAL | |
| Elaborated by: Nulexis C.<br>[Illegible Signature] | | Certification Date: October 05, 2017 | |

**Note**: In accordance with the provisions of article 94 L.O.RC: <u>Certificates of Minutes will not have an expiration date</u>; therefore, public, or private bodies and entities may not require them with a specific date of issuance, unless they are illegible or have amendments or erasures that make them difficult to understand.

    

COMMUNAL COUNCIL RUFINO MENDOZA
[*Illegible*]

BOLIVARIAN REPUBLIC OF VENEZUELA
BOLIVARIAN MUNICIPALITY OF GUANIPA, SAN JOSÉ DE GUANIPA, STATE OF ANZOÁTEGUI
COMMUNAL COUNCIL RUFINO MENDOZA
TAXPAYER ID: C-30839798-9
MANAGEMENT-2019-2021

| NAME | SURNAME | ID CARD | TELEPHONE | SIGNATURE |
|---|---|---|---|---|
| Yolanda | Ibanez | 28360793 | 04248041115 | Yolanda |
| Robert | Villarroel | 16077346 | 04248743704 | Robert |
| Morelys | Alcalá | 18227011 | 04248743704 | Morelys A. |
| Francisca | Astudillo | 4810322 | 04261853193 | Francisca A. |
| José Francisco | Vasquez | 7224061 | 04248641444 | Vasquez |
| Mely | Romero | 8972687 | 04248880853 | Mely R. |
| Matilde | Moula | 16077977 | 04248513395 | Matilde |
| Heidy | Natera | 15128271 | 0412 1938504 | Heidy |
| Isabel | Alcalá | 20122616 | 0416 5823528 | Isabel |
| Merys Alegría | Berdomú | 13153718 | 0414 7698804 | Alegría B |
| Thilomena | Hernandez | 28095813 | 0414 7698804 | Thilo |
| Andreina | Pulgarosa | 17653935 | 04248712614 | Andreina |
| Oliver | Ruiz | 21174729 | 04164880861 | O.Ruiz |
| Jose | V.Romero | 17262076 | 04164991856 | J.R. |
| Wilfredo | Santana | 22223528 | 04248366064 | Wilfredo |
| Erika | Carvajal | 17747630 | 04249135731 | E.Carvajal |
| Javier | Perez | 23536306 | 04248135731 | Javier Perez |
| Luis | Veracierto | 27380891 | 04269821180 | Luis Veracierto |
| Maria | Rivas | 14133247 | 04269821180 | Maria Rivas |
| Jazmin | Martinez | 4357988 | 0424 8027819 | Jazmin M |
| Atahualpa | Martinez | 13757950 | 0424 802789 | Atahualpa M |
| Gabriel | Alegría | 29865985 | 0424-8905517 | Alex |
| Ismary | Itriago | 1827222 | 04248762398 | Itriago I |
| Dewis | Quintana | 17870425 | 04248762398 | Q Dewis |
| Carlos | Itriago | 15717277 | 04248762398 | Carlos I. |
| Kosmal | Vasquez | 15843551 | 04269806784 | |

    

COMMUNAL COUNCIL RUFINO MENDOZA
[*Illegible*]

BOLIVARIAN REPUBLIC OF VENEZUELA
BOLIVARIAN MUNICIPALITY OF GUANIPA, SAN JOSÉ DE GUANIPA, STATE OF ANZOÁTEGUI
COMMUNAL COUNCIL RUFINO MENDOZA
TAXPAYER ID: C-30839798-9
MANAGEMENT-2019-2021

PROOF OF RESIDENCE

It is hereby stated that the citizen **EUCLIDES JOSÉ JAUREGUI**, holder of Identity Card N° **V-6.958.490** with address at Calle República, Casa No. 56 of the Sector Rufino Mendoza, Bolivarian Municipality of Guanipa, State of Anzoátegui, sharing with his family for 15 years, fully complying with the rules of coexistence and current regulations. This is issued at the request of the interested party in the City of San José de Guanipa on the August 20, 2021.

For the Communal Council

*[Seal that reads: Communal Council. RUFINO MENDOZA. TAXPAYER ID: C-30839798-9. San Jose de Guanipa – State of Anzoátegui]*

| *[Illegible Signature]* | *[Illegible Signature]* |
|---|---|
| Committee on Housing and Habitat, Community Economy and Environment | Unit of Social Controller |
| Rivas de Tovar Olegaria Del Valle<br>ID Card: V-7.877.715<br>Tel. 0416-6944323 / 0424-8707577 | Blanco Delia Corina<br>ID Card: V-8.457.643<br>Tel. 0416-4803292 |

STATE OF ANZOÁTEGUI

|  |
|---|
| PASSPORT N° 080316606 COMMENTS |

BOLIVARIAN REPUBLIC OF VENEZUELA

| PASSPORT | Type | Issuing State | Passport No. |
|---|---|---|---|
|  | P | VEN | 080316606 |

*Surnames*
AGUILERA
*Given Names*
IVAN ALFREDO

*Nationality*   *Personal N°*
VENEZUELAN   5467498   21-10-59

*Date of Birth*   *Place of Birth*
Nov / 21 / 2013   EL TIGRE VEN

*Date of Expiry*   *Authority*
Nov / 21 / 2018   [Illegible Signature]

*Holder´s Signature*
[Illegible Signature]

VENAGUILERA<<IVAN<ALFREDO<<<<<<<<<<<<<<<<

---

**VENEZUELAN BAR ASSOCIATION**
**LAWYERS ASSOCIATION**
TAXPAYER ID J-00089099-4

| | |
|---|---|
| Surnames: | AGUILERA |
| Names: | IVAN ALFREDO |
| Registration N° | 265-820 |
| Bar Association: | ANZOATEGUI |
| Member: | 15.155 |
| ID Card | 5.467.498 |



**LAWYER**

---

**BOLIVARIAN REPUBLIC OF VENEZUELA**

**IDENTITY CARD**

133

V 5.467.498     Juan Dugarte
                Director
**SURNAMES** AGUILERA   [Illegible Signature]
**NAMES** IVAN ALFREDO
   [Illegible Signature]
SIGNATURE OF THE HOLDER

**10/21/1959**   **DIVORCED**
DATE OF BIRTH   MARITAL STATUS

**09/19/2014**   **09/2021**
ISSUANCE DATE   EXPIRATION DATE

[Fingerprint]   **VENEZUELAN**

